No. 547. ELLIOTT FREDERICK, TRUSTEE, ETC. *v.* FIDEL-
ITY MUTUAL LIFE INSURANCE COMPANY OF PHILADELPHIA.

October 25, 1920. Petition for a writ of certiorari to the Superior Court of the State of Pennsylvania granted. *Mr. Lowrie C. Barton* for petitioner. *Mr. George Sutherland* for respondent.